[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-11580

_____

D. C. Docket No. 03-03178-CV-JOF-1

JOHN SAM, JR.,
ALL ABOUT LEARNING AFTER SCHOOL, INC.,

Plaintiffs-Appellants,

versus

LORRAINE B. REICH,
BOARD OF EDUCATION OF THE CITY OF ATLANTA,
ATLANTA INDEPENDENT SCHOOL SYSTEM,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(May 22, 2007)**

Before PRYOR, KRAVITCH and ALARCON,* Circuit Judges.

---

*Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

PER CURIAM:

After careful consideration of the record and the written and oral arguments of the parties, we conclude that the district court properly dismissed the plaintiffs' claims of First Amendment and Due Process violations and properly granted summary judgment in favor of the defendants as to the plaintiffs' claims of breach of contract and tortious interference with contract.  We affirm.

**AFFIRMED.**